UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICKEY L. ROBEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:12-cv-1201-WTL-MJD |
| ) | |
| TERRY CURRY, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court now enters FINAL JUDGMENT.

For the reasons detailed in the accompanying Order, summary judgment is entered in favor of defendant Prosecutor Curry.

Judgment is entered accordingly, and this cause is TERMINATED.

Date: 1/15/15

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

RICKEY L. ROBEY
874281
Pendleton Correctional Facility
Electronic Service Participant-Court Only

Electronically registered counsel